# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE HOLDEN PARKER, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL NO. 07-756-MJR |
| DANIEL WALKER, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court upon Plaintiffs' joint "motion to dismiss" their complaint (Doc. 6) which the Court liberally construes as motion to voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

In a prior Order (Doc. 5), the Court advised Plaintiffs of the potential negative consequences of joining group litigation in federal court. *See Boriboune v. Berge,* 391 F.3d 852, 854-56 (7th Cir. 2004). Plaintiffs were directed to advise the Court whether they wished to proceed in the face of those potential consequences. By filing the instant motion, the Court finds that the Plaintiffs do not wish to proceed with this action.

Accordingly, Plaintiffs' motion to voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (Doc. 6) is **GRANTED.** The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 17th day of January, 2008.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**
